IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

NINA RICHMOND                                                                                                          PLAINTIFFS

VS                                                                                           CASE NO. 3:06CV345HTW-LRA

HOLMES COUNTY SCHOOL DISTRICT,
STEPHEN BAILEY, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
SUPERINTENDENT OF THE HOLMES
COUNTY SCHOOL DISTRICT, ET AL                                                          DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on the joint motion of the plaintiff, Nina Richmond and the defendants Holmes County School District; Stephen Bailey, Individually and in His Official Capacity as Superintendent of the Holmes County School District; James Anderson, Charles Hurst; Sandra Young; Helen Johnson; Rayford Horton, Individually and in Their Official Capacity as Members of the School Board of the Holmes County School District to dismiss this cause of action with prejudice, and the Court, having considered the same and being fully advised in the premises, finds the said motion is well-taken and shall be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action be and the same is hereby dismissed with prejudice with the parties to bear their own costs with the exception of jury costs assessed by the Court which shall be equally borne by plaintiff and defendants.

SO ORDERED, this the 29th day of August, 2008.

**s/ HENRY T. WINGATE**

_____
CHIEF UNITED STATES DISTRICT JUDGE